Timothy Twomey, Esq.
Crowson Law Group
637 A Street
Anchorage, AK 99501
(907) 677-9393 Telephone
(907) 677-9310 Facsimile
Email: tim@crowsonlaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DARLA WARNKE<br><br>        Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:23-cv-_____<br>) |

## **COMPLAINT**

COMES NOW Plaintiff, DARLA WARNKE, by and through her counsel, CROWSON LAW GROUP, and files suit against the UNITED STATES OF AMERICA as Defendant for tortfeasors United States Postal Service (Defendant hereinafter "USA") and alleges as follows:

1. Plaintiff, DARLA WARNKE, for all times mentioned herein, was and is a resident of the Municipality of Anchorage Borough, City of Anchorage, State of Alaska.

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393
—

850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654

2. Plaintiff is informed and believes and therefore alleges that tortfeasor United States Postal Service located at 5855 Lake Otis Parkway, Anchorage, Alaska is a government entity, organized and authorized to do business under the laws of the United States of America.

3. Service on USA will be made through the United States Attorney's Office located at 222 W. 7th Avenue #9, Anchorage, Alaska 99513.

4. That on or about February 11, 2020 at approximately 4:30 p.m. Plaintiff arrived at the United States Postal Service, exited her vehicle and stepped onto the walkway hitting a patch of ice.

5. That Plaintiff's feet slipped out from under her and she violently fell onto the ice-covered sidewalk of the United States Postal Service.

6. That the impact was so forceful, **both of Plaintiff's wrists were immediately broken**.

7. As a direct and proximate result of negligence of USA, Plaintiff suffered severe and permanent physical injury.

8. As a direct and proximate result of USA's actions in failing to ensure the safety of its patrons, Plaintiff suffered mental injury and severe emotional distress.

9. As a direct and proximate result of USA's negligent actions, Plaintiff incurred medical bills and expenses; and was caused to endure pain and suffering for which Plaintiff, will be required to expend and become liable for, expenses relating to future medical care and services.

CROWSON LAW GROUP

637 A STREET
ANCHORAGE, ALASKA 99501

907-677-9393
—
850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA 99654

10. USA had a duty to ensure that its premises were managed and maintained in a way to ensure the safety of its patrons.

11. USA had a duty to hire a employees who would manage and maintain the property in such a manner as to ensure the safety of its patrons.

12. That on the occasion in question USA was negligent in the following particulars, among others, to-wit:

    a. Failure to hire competent employees;

    b. Failure to properly train its employees;

    c. Failure to maintain the safety of its patrons;

    d. Failure to properly remove snow and ice from its sidewalks;

    e. Negligently maintaining its premises in an unreasonably dangerous condition;

    f. Negligent operation of its property;

    g. Reckless management of its employees; and

    h. Was otherwise careless and negligent in the operation of its premises.

13. That the incident described herein was solely due to the above described actions of USA without any comparative negligence or recklessness by Plaintiff.

14. As a direct and proximate result of the incident described above, Plaintiff was caused to sustain severe and permanent injury; caused to incur medical bills and

CROWSON LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393
—
850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654

expenses; and was caused to endure pain and suffering. Furthermore, Plaintiff, was precluded from enjoying her usual avocations.

15. Plaintiff is informed and believes, and therefore alleges that she has complied with and/or satisfied all pre-suit requirements specified in the Federal Tort Claims Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff DARLA WARNKE prays judgment against the UNITED STATES OF AMERICA, as follows:

1. For general damages including, but not limited to, pain and suffering and mental anguish both in the past and in the future.

2. For all past and future medical and incidental expenses according to proof.

3. For all lost wages past and future according to proof.

4. For costs of suit herein incurred.

5. For any and all other damages and relief to which Plaintiff, is entitled under the laws of the State of Alaska.

Respectfully submitted on this 6th day of January 2023.

                    CROWSON LAW GROUP
                    *Attorneys for Plaintiff*

                    By: /s/ *Timothy Twomey*
                         Timothy Twomey, Esq.
                         ABA #0505033
                         Tim@crowsonlaw.com

CROWSON LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393
—
850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654